**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEVEN E. BLAZO,            )
                                   )
      Petitioner,          )
                                   )     Civil Action No.  11-193 Erie
           v.           )
                                   )
ARCHIE B. LONGLEY,      )
                                   )
      Respondent.     )

<u>MEMORANDUM ORDER</u>

This habeas action was received by the Clerk of Court on September 8, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 17], filed on April 19, 2012, recommended that the petition for writ of habeas corpus filed by Petitioner [ECF No. 8] be denied.  The parties were allowed fourteen (14) days from the date of service to file objections and Petitioner filed objections on May 2, 2012 [ECF No. 19-1]. After <u>de novo</u> review of the documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 8th day of May, 2012;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus filed by Petitioner [ECF No. 8] is DENIED.

The Report and Recommendation [ECF No. 17] of Magistrate Judge Baxter, filed on April 19, 2012 is adopted as the opinion of the Court.

1

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge